## PROPOSED ORDER/COVER SHEET

TO:        **Honorable Virginia K. DeMarchi**        RE:   **Stephanie York**
           **United States Magistrate Judge**

FROM:      **Silvio Lugo, Chief**                    Docket No.:   **5:24-cr-00019-EJD-16**
           **U.S. Pretrial Services Officer**

Date:      **12/9/25**

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Gustavo Rangel                                       (408) 535-5226

U.S. Pretrial Services Officer                       **TELEPHONE NUMBER**

We are requesting direction from the Court.  Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐  I have reviewed the information that you have supplied.  I do not believe that this matter requires any action by this Court at this time.

☒  Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. 2
   _____in person_____ on ___December 15, 2025___ at ___1:00 p.m.___.

☐  Inform all parties concerned that a Bail Review Hearing will be conducted by:
   Magistrate Judge _____ Presiding  District Court Judge _____

☐  I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐  Modification(s)

   **A.**
   **B.**

☐  Bail Revoked/Bench Warrant Issued.

☐  I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐  Other Instructions:

   _____

   _____


_Virginia K. DeMarchi_                    ___December 9, 2025___
**JUDICIAL OFFICER**                       **DATE**