United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>STEPHANIE YORK,<br>Defendant. | Case No.  24-cr-00019-EJD-16 (VKD)<br><br>**ORDER RE VIOLATION MEMORANDUM**<br><br>Dkt. No. 487 |

On December 15, 2025, the Court held a bail review hearing regarding the violation reported in the Violation Memorandum dated December 9, 2025.  *See* Dkt. Nos. 487, 488. Defendant Stephanie York did not admit the violation but declined to contest the allegations described in support of the violation.  Dkt. No. 488.  The Court finds that the violation alleged has been established.

Having considered the violation, the recommendations of the parties, and the recommendation of Pretrial Services, and following further consultation with CAP team,[1] the Court orders as follows:

1. Ms. York must participate in the residential treatment program provided by Our Common Ground, located at 264 North Morrison Avenue, San Jose, for a period of 90 days, subject to approval by Pretrial Services that her participation in the program may be of shorter or longer duration.

2. Ms. York must report to and begin treatment with Our Common Ground as soon as she

---
[1] Ms. York is a current participant in the Conviction Alternatives Program ("CAP").  Dkt. No. 381.

has made her necessary personal arrangements, but no later than 4:00 p.m. on December 22, 2025.

3. Ms. York must comply with all rules and requirements of Our Common Ground's program.

4. All existing conditions of release remain as previously ordered, except that Ms. York will not be subject to location monitoring by GPS while participating in residential treatment. *See* Dkt. Nos. 178, 461.

**IT IS SO ORDERED.**

Dated: December 18, 2025

*Virginia K. DeMarchi*
Virginia K. DeMarchi
United States Magistrate Judge