**PROPOSED ORDER/COVER SHEET**

TO:        **Honorable Virginia K. DeMarchi**          RE:   **Stephanie York**
           **United States Magistrate Judge**

FROM:   **Silvio Lugo, Chief**                         Docket No.:    **5:24-cr-00019-PCP-16**
        **U.S. Pretrial Services Officer**

Date:      **1/30/26**

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Gustavo Rangel                                          (408) 535-5226

U.S. Pretrial Services Officer                          **TELEPHONE NUMBER**

We are requesting direction from the Court.  Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐   I have reviewed the information that you have supplied.  I do not believe that this matter requires any action by this Court at this time.

☒   Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. 2 ____in person____ on ____February 6, 2026____ at ___**2:00 p.m.**___.

☐   Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding  District Court Judge _____

☐   I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐   Modification(s)

**A.**
**B.**

☐   Bail Revoked/Bench Warrant Issued.

☐   I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☒   Other Instructions:

Defendant shall meet with Pretrial Services in advance of the Bail Review Hearing and shall provide

a urine sample for testing.

*Virginia K. DeMarchi*                    January 30, 2026
**JUDICIAL OFFICER**                      **DATE**