United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEPHANIE YORK,<br><br>Defendant. | Case No.  24-cr-00019-EJD-16 (VKD)<br><br>**ORDER RE JANUARY 30, 2026 VIOLATION MEMORANDUM** |

On February 6, 2026, the Court held a bail review hearing regarding the violation reported in the Violation Memorandum dated January 30, 2026.  *See* Dkt. Nos. 520, 523.  Defendant Stephanie York admitted to the violations charged in the memorandum.  Dkt. No. 523.

Having considered the violations, the recommendations of the parties, and the recommendation of Pretrial Services, and following further consultation with CAP team,[1] the Court orders as follows:

1. Ms. York must participate in the residential treatment program provided by the New Bridge Foundation, located at 2323 Hearst Ave., Berkeley, CA, for a period of at least 90 days.

2. Ms. York must report to and begin treatment with the New Bridge Foundation **no later than 12:00 p.m. on February 17, 2026**.

3. Ms. York must comply with all rules and requirements of the New Bridge Foundation's program.

---

[1] Ms. York is a current participant in the Conviction Alternatives Program ("CAP").  Dkt. No. 381.

United States District Court
Northern District of California

4. Following her successful completion of the residential treatment program, the Court anticipates ordering Ms. York to reside in a sober living environment ("SLE") for a period of time to be determined in consultation with Pretrial Services.

5. Between the date of this order and the date she reports to the New Bridge Foundation, Ms. York must observe a curfew and must remain at her residence between the hours of 8:00 p.m. and 7:30 a.m., with the following exception:

    a. Ms. York may leave her residence for purposes of her employment during the period from 6:00 p.m. on Saturday, February 14 to 11:00 a.m. on Sunday, February 15.

6. All existing conditions of release remain as previously ordered, except that Ms. York will not be subject to location monitoring by GPS while participating in residential treatment. *See* Dkt. Nos. 178, 461.

**IT IS SO ORDERED.**

Dated: February 12, 2026

*Virginia K. DeMarchi*
Virginia K. DeMarchi
United States Magistrate Judge