## PROPOSED ORDER/COVER SHEET

**TO:**    **Honorable Virginia K. DeMarchi**    **RE:**    **Stephanie York**
    **United States Magistrate Judge**

**FROM:**    **Silvio Lugo, Chief**    **Docket No.:**    **5:24-cr-00019-PCP-16**
    **U.S. Pretrial Services Officer**

**Date:**    **5/6/26**

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Gustavo Rangel    (408) 535-5226

U.S. Pretrial Services Officer    **TELEPHONE NUMBER**

We are requesting direction from the Court.  Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied.  I do not believe that this matter requires any action by this Court at this time.

☒ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. 2 ___in person___ on ___May 11, 2026___ at ___1:30 p.m___ .

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding  District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)

    **A.**
    **B.**

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☒ Other Instructions:

_____

_____

*Virginia K. DeMarchi*    ___May 6, 2026___
**JUDICIAL OFFICER**    **DATE**