UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>    v.<br><br>STEPHANIE YORK,<br><br>      Defendant. | Case No.  24-cr-00019-EJD-16   (VKD)<br><br>**ORDER FOLLOWING MAY 11, 2026 BAIL REVIEW HEARING** |

On May 11, 2026, the Court held a bail review hearing to address defendant Stephanie York's placement following her completion of residential treatment.  *See* Dkt. No. 552.  Having considered the May 6, 2026 informational memorandum, the arguments of the parties, and the recommendation of Pretrial Services, the Court orders as follows:

1. Upon her successful completion of and discharge from the residential treatment program provided by the New Bridge Foundation, Ms. York must reside in a sober living environment ("SLE") for a period of time to be determined in consultation with Pretrial Services and the CAP Team.

2. Beginning on **May 19, 2026 at 5:00 p.m.**, Ms. York must reside at The Dream House Inc. SLE ("Dream House SLE"), located at 478 South Second Street, San Jose, California.  While there, Ms. York must comply with all rules and requirements of the SLE, including any blackout period that may apply.

3. If Ms. York desires to no longer reside at the Dream House SLE, she must first contact her assigned Pretrial Services Officer to request a different SLE placement and obtain approval to reside at a different SLE before leaving the Dream House SLE.

4. All existing conditions of release remain as previously ordered, except that Ms. York will not be subject to location monitoring by GPS while residing at the Dream House SLE.  *See* Dkt. Nos. 178, 461.

**IT IS SO ORDERED.**

Dated: May 12, 2026



Virginia K. DeMarchi
United States Magistrate Judge